UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOROTHY NESKE and CHRISTOPHER
NESKE, as Parents and Natural Guardians of
A.N., and DOROTHY NESKE and
CHRISTOPHER NESKE, individually,

                    Plaintiffs,

     -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
-------------------------------------------------------------X



20 **CIVIL** 3912 (VEC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated February 25, 2021, Plaintiffs have failed to state a plausible claim for relief, and they have failed to establish the requisite criteria for a preliminary injunction. Accordingly, DOE's Motion to Dismiss is GRANTED, and Plaintiffs' Cross-Motion for a Preliminary Injunction is DENIED; accordingly, this case is closed.

**Dated:** New York, New York

      February 26, 2021

                                                   **RUBY J. KRAJICK**

                                                         Clerk of Court

                        BY:

                                                          **Deputy Clerk**